UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE LUIS MENDEZ HERNANDEZ,

                Plaintiff,

-against-

L'ADRESSE, LLC and L'ADRESSE NOMAD LLC and EVGENY ZHURAVLEV, as an individual,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/10/2025
```

24 Civ. 9808 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The parties have advised this Court that a settlement in principle has been reached in the matter. *See* ECF No. 21. Accordingly, the Case Management Conference currently scheduled for September 22, 2025, at 10:00 a.m. is ADJOURNED *sine die*.

    SO ORDERED.

Dated: September 10, 2025
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge